GREGORY A. ASHE
gashe@ftc.gov
SALLY TIEU (CA Bar No. 346034)
stieu@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Telephone: (202) 326-3719 (Ashe)
Telephone: (202) 304-7313 (Tieu)
Facsimile: (202) 326-3768

DAVID HANKIN (CA Bar No. 319825)
Local Counsel
dhankin@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (310) 824-4343
Facsimile: (310) 824-4380

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>**PANDA BENEFIT SERVICES, LLC**, *et al.*,<br><br>Defendants. | Case No. 8:24-cv-01386-CAS-RAOx<br><br>**STIPULATED MOTION TO STAY CASE FOR 120 DAYS TO CONSIDER FINAL SETTLEMENT AGREEMENT AS TO DEFENDANTS SELECT STUDENT SERVICES, LLC AND EDUARDO MARTINEZ** |

Come now Plaintiff, the Federal Trade Commission ("FTC"), and Defendants Select Student Services, LLC and Eduardo Martinez ("Martinez Defendants"), by and through their undersigned counsel, and hereby stipulate, agree, and move the Court for an order staying all deadlines in this case for 120 days with respect to the Martinez Defendants, including the deadline by which to file any answer. In support of this request, the parties state as follows:

1. Counsel for the FTC and the Martinez Defendants have negotiated a final settlement in this matter. Previously, the Court entered stipulated final orders as to Defendants Panda Benefit Services, LLC, Pacific Quest Services, Prosperity Loan Services, LLC, Clarity Support Services, LLC, Emiliano Salinas, Melissa Salinas, and Christopher Hanson. (ECF Nos. 79 and 80.)

2. Although FTC counsel has the authority to negotiate settlement agreements, under Section 4.14(c) of the FTC's Rules of Practice, 16 C.F.R. § 4.14(c), only a majority vote by the several FTC Commissioners can approve any such agreement.

3. If the FTC approves the settlement, further litigation in this matter as to the Martinez Defendants will not be necessary.

4. Because the FTC's review and approval process can take several weeks, the parties respectfully request that the Court stay the case for 120 days to allow adequate time for the FTC to review and approve the final settlement.

5. The requested stay would not apply to the remaining Defendants. The case and litigation shall continue, and all deadlines remain unaffected, as to Defendants Public Processing Services LLC, Quick Start Services, LLC, and Signature Processing Services, Inc. Neither would the requested stay apply to prevent the Receiver from exercising any function necessary to administer the receivership.

Wherefore, based on the foregoing, the FTC and the Martinez Defendants respectfully request that this stipulation be granted and the entire case be stayed for 120 days as to the Martinez Defendants. A proposed order has been submitted in accordance with the Court's procedures.

| | |
|---|---|
| Dated: March 12, 2025 | Respectfully submitted, |
| /s/Gregory A. Ashe | /s/Curt Brown (with permission) |
| GREGORY A. ASHE | CURT K. BROWN |
| (admitted *pro hac vice*) | (CA Bar No. 301607) |
| gashe@ftc.gov | cbrown@lfbrown.law |
| SALLY TIEU | L&F BROWN, P.C. |
| (CA Bar No. 346034) | 500 N. Brand Blvd, Suite 800 |
| stieu@ftc.gov | Glendale, CA 91023 |
| FEDERAL TRADE COMMISSION | Telephone: 213-394-8581 |
| 600 Pennsylvania Avenue, N.W. | |
| Washington, D.C. 20580 | *Attorneys for Defendants Select Student Services, LLC and Eduardo Martinez* |
| Telephone: (202) 326-3719 (Ashe) | |
| Telephone: (202) 304-7313 (Tieu) | |
| Facsimile: (202) 326-3768 | |

DAVID HANKIN
(CA Bar No. 319825)
Local Counsel
dhankin@ftc.gov
FEDERAL TRADE COMMISSION
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (310) 824-4343
Facsimile: (310) 824-4380

*Attorneys for Plaintiff Federal Trade Commission*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 12, 2025, a true and correct copy of **STIPULATED MOTION TO STAY CASE FOR 120 DAYS TO CONSIDER FINAL SETTLEMENT AGREEMENT AS TO DEFENDANTS SELECT STUDENT SERVICES, LLC AND EDUARDO MARTINEZ** was filed electronically with the United States District Court for the Central District of California using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

        /s/Gregory A. Ashe
        Attorney for Plaintiff Federal Trade Commission