# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>Plaintiff,<br><br>v.<br><br>**PANDA BENEFIT SERVICES, LLC**, *et al.*,<br><br>Defendants. | Case No. 8:24-cv-01386-CAS-RAOx<br><br>**ORDER STAYING CASE FOR 120 DAYS TO CONSIDER FINAL SETTLEMENT AGREEMENT AS TO DEFENDANTS SELECT STUDENT SERVICES, LLC AND EDUARDO MARTINEZ** |

This cause is before the Court on the stipulated motion of the FTC and Defendants Select Student Services, LLC And Eduardo Martinez ("Martinez Defendants") for an order staying all deadlines in this case for 120 days so that the FTC can consider a final settlement agreement in this matter with the Martinez Defendants. The Court having considered the pleadings and other filings and being fully advised in the premises finds good cause exists to grant the requested stay. Accordingly,

**IT IS HEREBY ORDERED** that:

1. The stipulated motion of the FTC and the Martinez Defendants in **GRANTED**.
2. All deadlines in this case that relate to the FTC and the Martinez Defendants shall be continued for 120 day from the date hereof, including the deadline by which the Martinez Defendants must file any answer or otherwise respond to the Complaint.
3. This stay shall not apply to any of the remaining Defendants. The case and litigation shall continue, and all deadlines remain unaffected, as to Defendants Public Processing Services, LLC, Quick Start Services, LLC, and Signature Processing Services, Inc.
4. This stay shall not prevent the Receiver from exercising any function necessary to administer the receivership.

**IT IS SO ORDERED.**

Dated: March 12, 2025

_Christina A. Snyder_
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE